**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Geronima Castro Gutierrez, Pablo A. Ramos, Pedro Quixan Gomez, and Cruz Castro, Defendants,

Of whom Pablo A. Ramos is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-000036

———————

Appeal From Sumter County
Ernest J. Jarrett, Family Court Judge

———————

Unpublished Opinion No. 2024-UP-308
Submitted August 28, 2024 – Filed September 4, 2024

———————

**AFFIRMED**

———————

Nancy Carol Fennell, of Irmo, for Appellant.

Steve Bernard Suchomski, of South Carolina Department of Social Services, of Sumter, for Respondent.

John Stephen Keffer, of Keffer Law Firm, of Sumter, for the Guardian ad Litem.

**PER CURIAM:** Pablo A. Ramos appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.